IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02813-CMA-BNB

WELDESAMUEL GEBREMEDHIN, an individual,
TERHAS DESTA, an individual, and
ABRHAM GIDAY, an minor, by and through his guardians and natural parents, Weldesamuel Gebremedhim and Terhas Desta,

Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

   IT IS ORDERED:

   (1)   The **Unopposed Motion to File Third Party Complaint** [Doc. # 13, filed 12/10/2013] is GRANTED; and

   (2)   The Clerk of the Court is directed to accept for filing the Third Party Complaint [Doc. # 13-1].


DATED:  December 11, 2013