IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02813-CMA-BNB

WELDESAMUEL GEBREMEDHIN, an individual,
TERHAS DESTA, an individual, and
ABRHAM GIDAY, an minor, by and through his guardians and natural parents, Weldesamuel Gebremedhim and Terhas Desta,

Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant and Third Party Plaintiff,

GLENN TURNER, an individual,
VERONICA TURNER, an individual,
SPECIAL KIDS SPECIAL FAMILIES, INC., a Colorado corporation,
GRANITE STATE INSURANCE COMPANY, a Pennsylvania corporation, and
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, a Pennsylvania corporation,

Third Party Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for Extension of Time to Respond to Multiple Motions to Dismiss** [docket no. 46, filed February 14, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.  Any responses to Motion of Third-Party Defendant Special Kids Special Families, Inc. to Dismiss for Failure to State a Claim [39], Third-Party Defendant Veronica Turner's Motion to Dismiss [40], and Granite State Insurance Company's and National Union Fire Insurance Company of Pittsburgh's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6) [43] are now due **March 21, 2014**.

IT IS FURTHER ORDERED that the Scheduling Conference set for April 25, 2014, is **vacated and reset to June 12, 2014, at 10:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or

before **June 5, 2014**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  <u>See</u> D.C.COLO.LCivR 83.2(b).

DATED:  February 14, 2014