IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02813-CMA-BNB

WELDESAMUEL GEBREMEDHIN, an individual,
TERHAS DESTA, an individual, and
ABRHAM GIDAY, an minor, by and through his guardians and natural parents, Weldesamuel Gebremedhim and Terhas Desta,

Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant and Third Party Plaintiff,

v.

GLENN TURNER, an individual,
VERONICA TURNER, an individual,
SPECIAL KIDS SPECIAL FAMILIES, INC., a Colorado corporation,
GRANITE STATE INSURANCE COMPANY, a Pennsylvania corporation, and
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, a Pennsylvania corporation,

Third Party Defendants.

_____

**ORDER**
_____

This matter arises on the following motions (the "Motions"):

(1) **Motion of Third-Party Defendant Special Kids Special Families, Inc. to Dismiss for Failure to State a Claim** [Doc. #39, filed 01/27/2014];

(2) **Third-Party Defendant Veronica Turner's Motion to Dismiss** [Doc. #40, fled 01/31/2014]; and

(3)   **Third-Party Defendant Glenn Turner's Motion to Dismiss** [Doc. #51, filed 02/19/2014].

The Motions are all directed at the initial Third Party Complaint [Doc. #16] filed by Third Party Plaintiff American Family Mutual Insurance Company ("American Family"). American Family filed a First Amended Third Party Complaint on May 12, 2014 [Doc. #70].

Third Party Defendant Special Kids Special Families, Inc., filed a renewed motion to dismiss the First Amended Third Party Complaint [Doc. #71] which is directed at the First Amended Third Party Complaint and incorporates by reference the arguments made in their original motion.  Therefore, its initial motion to dismiss is denied as moot.

Third Party Defendants Veronica Turner and Glenn Turner's motions to dismiss are directed at the initial Third Party Complaint which is no longer extant.  The Turners' motions are denied without prejudice.  They may file new motions directed at the First Amended Third Party Complaint on or before **July 7, 2014**.

IT IS ORDERED:

(1)  The Motion of Third-Party Defendant Special Kids Special Families, Inc. to Dismiss for Failure to State a Claim [Doc. #39] is DENIED AS MOOT;

(2)  Third-Party Defendant Veronica Turner's Motion to Dismiss [Doc. #40] is DENIED WITHOUT PREJUDICE;

(3)  Third-Party Defendant Glenn Turner's Motion to Dismiss [Doc. #51] is DENIED WITHOUT PREJUDICE; and

(4)   On or before **July 7, 2014**, Third-Party Defendants Veronica Turner and Glenn Turner may submit new motions to dismiss which are directed at the First Amended Third Party Complaint.

Dated June 16, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge