IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02813-CMA-BNB

WELDESAMUEL GEBREMEDHIN, an individual,
TERHAS DESTA, an individual, and
ABRHAM GIDAY, an minor, by and through his guardians and natural parents, Weldesamuel Gebremedhim and Terhas Desta,

Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant and Third Party Plaintiff,

GLENN TURNER, an individual,
VERONICA TURNER, an individual,
SPECIAL KIDS SPECIAL FAMILIES, INC., a Colorado corporation,
GRANITE STATE INSURANCE COMPANY, a Pennsylvania corporation, and
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, a Pennsylvania corporation,

Third Party Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Partially Unopposed Motion to Clarify the Record as Recited in Doc. 59** [docket no. 62, filed April 22, 2014] (the "Motion").

IT IS ORDERED that the Motion is DENIED AS MOOT. This motion is connected to a reply to the Motion to Dismiss [43], which was withdrawn pursuant to the Notice of Withdrawal of Granite State Insurance Company's and National Union Fire Insurance Company of Pittsburgh's Motion to Dismiss [73] and the subsequent Order [78] dismissing the Motion to Dismiss.

DATED:  June 17, 2014