IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02813-CMA-BNB

WELDESAMUEL GEBREMEDHIN, an individual,
TERHAS DESTA, an individual, and
ABRHAM GIDAY, an minor, by and through his guardians and natural parents, Weldesamuel
Gebremedhim and Terhas Desta,

Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant and Third Party Plaintiff,

GLENN TURNER, an individual,
VERONICA TURNER, an individual,
SPECIAL KIDS SPECIAL FAMILIES, INC., a Colorado corporation,
GRANITE STATE INSURANCE COMPANY, a Pennsylvania corporation, and
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, a Pennsylvania
corporation,

Third Party Defendants.

---

**MINUTE ORDER**

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Modify Scheduling Order**
[docket no. 125, filed October 3, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as
follows:

Expert Witness Disclosures:
The parties shall designate all experts and provide opposing
counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
on or before **November 24, 2014**;

The parties shall designate all rebuttal experts and provide
opposing counsel with all information specified in Fed. R. Civ. P.
26(a)(2) on or before **December 30, 2014**;

Deadline to file Motions to Amend:          **November 20, 2014**;
Discovery Cut-Off:                          **January 26, 2015**;
Dispositive Motion Deadline:                **March 16, 2015**.

IT IS ORDERED that the Pretrial Conference set for March 10, 2015, is **vacated and reset to May 14, 2015, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **May 7, 2015**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2(b).

DATED:  October 6, 2014