IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02813-CMA-BNB

WELDESAMUEL GEBREMEDHIN, an individual,
TERHAS DESTA, an individual, and
ABRHAM GIDAY, an minor, by and through his guardians and natural parents, Weldesamuel
Gebremedhim and Terhas Desta,

Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant and Third Party Plaintiff,

GLENN TURNER, an individual,
VERONICA TURNER, an individual,
SPECIAL KIDS SPECIAL FAMILIES, INC., a Colorado corporation,
GRANITE STATE INSURANCE COMPANY, a Pennsylvania corporation, and
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, a Pennsylvania
corporation,

Third Party Defendants.

---

## MINUTE ORDER

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Second Motion to Modify
Scheduling Order** [docket no. 134, filed November 17, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as
follows:

Expert Witness Disclosures:
   The parties shall designate all experts and provide opposing
   counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
   on or before **January 23, 2015**;

   The parties shall designate all rebuttal experts and provide
   opposing counsel with all information specified in Fed. R. Civ. P.
   26(a)(2) on or before **March 2, 2015**;

Deadline to file Motions to Amend:          **January 20, 2015**;
Discovery Cut-Off:                          **March27, 2015**;
Dispositive Motion Deadline:                **May 15, 2015**.


IT IS ORDERED that the Pretrial Conference set for May 14, 2015, is **vacated and reset to July 13, 2015, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **July 6, 2015**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2(b).


DATED:  November 18, 2014