IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 13-cv-02813-CMA-NYW | Date: | March 3, 2015 |
|---|---|---|---|
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-205 |

| *Parties* | *Attorney(s)* |
|---|---|
| WELDESAMUEL GEBREMEDHIN, | *Amanda R. Pfeil* |
| TERHAS DESTA, | *Jeremy Andrew Sitcoff* |
| **Plaintiffs,** | |
| v. | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, | *Jerad A. West* |
| **Defendant,** **Third-Party Plaintiff,** | |
| & | |
| GLENN TURNER, | *Tiffaney A. Norton* |
| VERONICA TURNER, | *Kathleen M. Byrne* |
| SPECIAL KIDS SPECIAL FAMILIES, INC., | *Lisa F. Mickley* |
| GRANITE STATE INSURANCE COMPANY, | *Nicole Marie Black* |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, | |
| **Third-Party Defendants.** | |

**COURTROOM MINUTES**

**MOTION HEARING**

Court in Session: 11:01 a.m.

Appearance of counsel.

Argument held on Defendant/Third-Party Plaintiff American Family's Motion to Compel Third Party Defendant Granite State Insurance Company to Produce Its Claim File for *In Camera* Review and Production and Request for Expedited Ruling [137], filed on December 1, 2014.

For the reasons stated on the record, it is

**ORDERED: Defendant/Third-Party Plaintiff American Family's Motion to Compel Third Party Defendant Granite State Insurance Company to Produce Its Claim File for *In Camera* Review and Production and Request for Expedited Ruling [137] is SUBMITTED and TAKEN UNDER ADVISEMENT. Written order to issue .**

Argument held on Defendant/Third-Party Plaintiff American Family's Motion to Compel Third Party Defendants Veronica Turner and Glen Turner to Produce Communications with Tiffaney Norton [148], filed on December 29, 2014.

For the reasons stated on the record, it is

**ORDERED: Defendant/Third-Party Plaintiff American Family's Motion to Compel Third Party Defendants Veronica Turner and Glen Turner to Produce Communications with Tiffaney Norton [148] is SUBMITTED and TAKEN UNDER ADVISEMENT.**

Discussion held on Third Motion to Modify the Scheduling Order [156], filed on February 5, 2015.

For the reasons stated on the record, it is

**ORDERED: Third Motion to Modify the Scheduling Order [156] is GRANTED. The discovery deadline is extended to January 26, 2015. Defendant American Family is permitted one additional request for production.**

Court in Recess:  12:38 p.m.   Hearing concluded.    Total time in Court:  01:37

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.