**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02813-CMA-NYW

WELDESAMUEL GEBREMEDHIN, an individual,
TERHAS DESTA, an individual,
ABRHAM GIDAY, a minor, by and through his guardians and natural parents,
WELDESAMUEL GEBREMEDHIN and TERHAS DESTA,

Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant

---

**MINUTE ORDER**

---

Entered by Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Defendant American Family Mutual Insurance Company's ("Defendant") Unopposed Motion to Extend the Deadline to Take Depositions From June 26, 2015 to July 17, 2015, filed on June 3, 2015 [#209] ("Motion). Pursuant to the Order Referring Case dated October 21, 2013 [#6], the Reassignment dated February 9, 2015 [#158], and the Memorandum dated June 4, 2015 [#210], the Motion is before this Magistrate Judge.

      IT IS ORDERED that the Motion is GRANTED.  Accordingly IT IS ORDERED that the Parties shall have up to and including July 17, 2015 to take depositions in this case.  IT IS FURTHER ORDERED that the Final Pre-Trial Conference is re-set to **July 28, 2015 at 1:30 p.m.** (the previously set Final Pre-Trial Conference is hereby VACATED).

DATED: June 5, 2015