IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 13-cv-02813-CMA-NYW | Date: | July 1, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204 |

| *Parties* | *Attorney(s)* |
|---|---|
| WELDESAMUEL GEBREMEDHIN, TERHAS DESTA, | *Jeremy Andrew Sitcoff* |
| **Plaintiffs,** | |
| v. | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, | *Jerad A. West* |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session: 10:04 a.m.

Appearance of counsel. Tiffaney A. Norton appears on behalf of Glenn Turner and Veronica Turner. Lisa F. Mickely and Joan Allgaier appear for Granite State Insurance Company and National Union Fire Insurance Company of Pittsburgh.

Discussion and argument held on Dismissed Parties Granite State Insurance Company and National Union Fire Insurance Company of Pittsburgh's Motion to Quash Subpoena for Protective Order Re: Gorski Deposition [221] filed June 17, 2015.

For the reasons stated on the record, it is

**ORDERED: Dismissed Parties Granite State Insurance Company and National Union Fire Insurance Company of Pittsburgh's Motion to Quash Subpoena for Protective Order Re: Gorski Deposition [221] is DENIED as MOOT.**

Discussion and argument held on Motion to Quash Subpoena and Motion for Protective Order [216] filed on June 15, 2015.

**ORDERED:  Motion to Quash Subpoena and Motion for Protective Order [216] is SUBMITTED and TAKEN UNDER ADVISEMENT.**

Discussion and argument held on Dismissed Parties Granite State Insurance Company and National Union Fire Insurance Company of Pittsburgh's Motion to Quash Subpoenas and for Protective Order Re: American Family's Notice of Rule 30(b)(6) Depositions [218] filed on June 17, 2015.

**ORDERED:  Dismissed Parties Granite State Insurance Company and National Union Fire Insurance Company of Pittsburgh's Motion to Quash Subpoenas and for Protective Order Re: American Family's Notice of Rule 30(b)(6) Depositions [218] is SUBMITTED and TAKEN UNDER ADVISEMENT.**

Discussion and argument held on Dismissed Parties Granite State Insurance Company and National Union Fire Insurance Company of Pittsburgh's Amended Motion to Quash Subpoena for Protective Order Re: Gorski Deposition [224] filed on June 19, 2015.

**ORDERED:  Dismissed Parties Granite State Insurance Company and National Union Fire Insurance Company of Pittsburgh's Amended Motion to Quash Subpoena for Protective Order Re: Gorski Deposition [224] is SUBMITTED and TAKEN UNDER ADVISEMENT.**

Parties discuss depositions of Mr. Gorski and the 30(b)(6) witness scheduled to occur next week and the pending discovery cut-off of July 17, 2015.

Court in Recess:  11:07 a.m.   Hearing concluded.    Total time in Court:  01:03

After the hearing, parties agree to set a hearing on American Family's Motion Pursuant to Fed. R. Evid 702 to Strike the Opinions of Plaintiffs' Expert Garth Allen [198] for August 18, 2015, at 1:30 p.m.