IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 13-cv-02813-CMA-NYW | Date: | August 18, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204 |

| *Parties* | *Attorney(s)* |
|---|---|
| WELDESAMUEL GEBREMEDHIN, <br> TERHAS DESTA, <br><br> **Plaintiffs,** <br><br> v. <br><br> AMERICAN FAMILY MUTUAL INSURANCE COMPANY, <br><br> **Defendant.** | *Bradley Aaron Levin* <br> *Steven A. Shapiro* <br> *Nelson Andrew Waneka* <br><br><br><br><br> *Jerad A. West* |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session: 1:31 p.m.

Appearance of counsel.

Discussion and argument held on American Family's Motion Pursuant to Fed. R. Evid 702 to Strike the Opinions of Plaintiff's Expert Garth Allen [198] filed May 21, 2015.

For the reasons stated on the record, it is

**ORDERED:   American Family's Motion Pursuant to Fed. R. Evid 702 to Strike the Opinions of Plaintiff's Expert Garth Allen [198] is SUBMITTED and TAKEN UNDER ADVISEMENT.**

Parties do not have any further discovery issues at this time.

Court in Recess:  1:59 p.m.    Hearing concluded.    Total time in Court:  00:28

\* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.