IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 13-cv-02813-CMA-NYW | Date: | January 11, 2016 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204* |

| *Parties* | *Attorney(s)* |
|---|---|
| WELDESAMUEL GEBREMEDHIN, | *Steven A. Shapiro* |
| TERHAS DESTA, | *Jeremy Andrew Sitcoff* |
| | *Nelson Andrew Waneka* |
| **Plaintiffs,** | |
| v. | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, | *Jerad A. West* |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session: 10:03 a.m.

Appearance of counsel. Mr. Steven Plitt appears with Mr. West.

Discussion and argument held on Plaintiffs' Motion to Strike Defendant's Expert Steven Plitt, Esq. [255] filed October 1, 2015.

**ORDERED: Plaintiffs' Motion to Strike Defendant's Expert Steven Plitt, Esq. [255] is ARGUED, SUBMITTED and TAKEN UNDER ADVISEMENT. Written order to issue.**

Court in Recess: 10:32 a.m.        Hearing concluded.        Total time in Court: 00:29