**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02813-CMA-NYW

WELDESAMUEL GEBREMEDHIN,
TERHAS DESTA,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

v.

GLENN TURNER,
VERONICA TURNER,
SPECIAL KIDS SPECIAL FAMILIES, INC.,
GRANITE STATE INSURANCE COMPANY,
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH,

    Third-Party Defendants.

---

**MINUTE ORDER**

---

Entered by Magistrate Judge Nina Y. Wang

    The matter is before this Magistrate Judge *sua sponte*, upon the Notice of Entry of Appearance of Michael S. McCarthy and Daniel D. Williams [#274, #275]. Messrs. McCarthy and Williams are partners in my former law firm, Faegre Baker Daniels LLP, which would ordinarily prompt this court to immediately recuse from further service in this case pursuant to 28 U.S.C. § 455(b).

    However, prior to the entry of Messrs. McCarthy and Williams, Plaintiffs filed a Motion to Strike Defendant's Expert Steven Plitt, Esq. ("Plaintiffs' Motion to Strike Defendant's Expert") [#255], which has been fully briefed and argued before this court on January 11, 2016. Plaintiffs' Motion to Strike Defendant's Expert is ripe for determination, was filed prior to the entry of appearances by Messrs. McCarthy and Williams, and pursuant to Rule 1 of the Federal Rules of Civil Procedure, it appears most appropriate for this court to issue an Order on the pending order, and then recuse from any further service on this matter.

Therefore, **IT IS ORDERED** that no later than **February 22, 2016**, any Party with an objection to this Magistrate Judge ruling upon Plaintiffs' Motion to Strike Defendant's Expert should file such an objection. To the extent that there is no objection, this court will then proceed to rule on the pending Plaintiffs' Motion to Strike Defendant's Expert.

DATED: February 8, 2016